IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Endre Glenn,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>Brennan H. Moss et al.<br><br>　　　　　　　　　Defendants. | ORDER CLARIFYING THE COURT'S MAY 17, 2016 ORDER<br><br>Case No. 2:15-CV-00165-DB-BCW<br><br>District Judge Dee Benson<br><br>Magistrate Judge Brooke C. Wells |

　　　*Pro Se* Plaintiff Endre Glenn ("Plaintiff") filed the Complaint in this case on March 16, 2015, against attorney Brennan H. Moss and the law firm of Pia Anderson Dorius Reynard & Moss ("Defendants").[1] District Judge Dee Benson referred this case to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B).[2]

　　　It has come to the Court's attention that Plaintiff's Motion for Leave to File a Surreply (docket no. 62) was not duplicative of Plaintiff's Motion for Leave to File a Surreply (docket no. 63), as stated in the Court's May 17, 2016 Order in this case. Docket no. 62 actually related to Coldwell Banker Residential Brokerage's ("Coldwell Banker") Objections[3] to discovery requests that Plaintiff's sent.

　　　The Court was remiss in not explicitly noting that its May 17, 2016 Order applies to Coldwell Banker and while Coldwell Banker rightfully noted in its Objection that Plaintiff is not entitled under the Federal Rules of Civil Procedure to file Requests for Admissions, Interrogatories and Request for Production of Documents to third parties, the Court does not

---

[1] Docket nos. 1, 5.

[2] Docket no. 12.

[3] Docket no. 52.

Order sanctions at this time. Based on the foregoing, the Court's May 17, 2016 Order is modified as follows:

Plaintiff's Motion for Leave to file Surreply[4] is hereby DENIED, not MOOTED as indicated in its May 17, 2016 Order. In addition, to the extent that Coldwell Banker seeks relief from discovery in its Objection,[5] such relief is hereby DENIED.

    IT IS SO ORDERED.

    DATED this 18 May 2016.

Brooke C. Wells
United States Magistrate Judge

---

[4] Docket no. 62.

[5] Docket no. 52.